IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DYAMOND DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 18-cv-2246-CSB-EIL |
| | ) | |
| ILLINOIS DEPARTMENT OF HUMAN SERVICES, | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF HUMAN SERVICES, by and through its attorney, Kwame Raoul, Attorney General of the State of Illinois, and, pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4), hereby request an enlargement of time of the dispositive motion deadline of 21 days. In support thereof, Defendants state as follows:

1. On September 27, 2018, Plaintiff filed her initial complaint and has amended it several times with the operative complaint now the Fourth Amended Class Complaint. (Doc. 1; Doc. 44-1, Text Order Aug. 12, 2021).

2. Dispositive motions are due on November 29, 2021.

3. The undersigned was assigned this matter on October 13, 2021, after previous counsel for Defendant left her position with the Office of Attorney General.

4. On October 22, 2021, the undersigned filed a motion to substitute attorney. (Doc. 52).

5. On September 29, 2021, counsel for Plaintiff filed a motion to extend the discovery deadline to take the disposition of Gina LoGalbo, a former employee of Defendant, and the Court granted the motion. (Doc. 49; Text Order Sept. 30, 2021).

6. On November 16, 2021, Plaintiff's counsel took the deposition of Ms. LoGalbo.

7. The undersigned has not yet received a copy of the deposition transcript yet, but after communicating with court reporter expects to have it within the next two weeks.

8. The undersigned intends to use portions of Ms. LoGalbo's testimony to support a dispositive motion.

9. Additionally, the undersigned was not involved in the exchange of discovery and has been reviewing the discovery responses of both sides, including approximately 2,000 pages of documents that were provided to Plaintiff.

10. Given the undersigned was just recently assigned to this case and needs a copy of Ms. LoGalbo's deposition to support a motion for summary judgment, good cause exists for granting an extension.

11. An extension of time that is sought before a deadline passes should be granted for good cause shown. Fed. R. Civ. Pro. 6(b).

12. Further, a schedule may be modified for good cause. Fed. R. Civ. Pro. 16(b)(4).

13. The Court has administratively stayed the case pending a ruling on the motion for class certification, and currently there is no current pretrial conference or trial date set. (Text Order October 7, 2021).

14. This motion is not made for the purpose of undue delay, but is made in good faith to present a meritorious defense.

15. Counsel for Plaintiff objects to this request.

WHEREFORE, Defendant respectfully requests that the Court extend the time to file a dispositive motion to December 20, 2021.

          Respectfully submitted,

          ILLINOIS DEPARTMENT OF HUMAN SERVICES,

             Defendants,

          KWAME RAOUL, Attorney General
          State of Illinois

Thomas R. Ewick, #6279084
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701          By:  s/ Thomas R. Ewick
Phone: (217) 782-2077                  Thomas R. Ewick, #6279084
Fax: (217) 524-5091                      Assistant Attorney Genera
E-Mail: Thomas.Ewick@ilag.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| DYAMOND DAVIS on behalf of herself And all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | )   Case No. 18-cv-2246-CSB-EIL ) |
| ILLINOIS DEPARTMENT OF HUMAN SERVICES, | ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2021, I electronically filed the foregoing *Motion to Extend Dispositive Motion Deadline* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tammy Jo Lenzy     tjlenzy@legalcounselpc.net

Danny L. Windham     dwindham@childerslaw.org


By: s/ Thomas R. Ewick
Thomas R. Ewick
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
Phone: (217) 782-9026
Fax: (217) 782-8767
E-Mail: thomas.ewick@ilag.gov
gls@atg.state.il.us