

**EXHIBIT 6**

DEPOSITION FILED
20 December 2021 23:21 PM
Clerk, U.S. District Court, ILCD
11-16-21

FILED DATE: 7/25/2018 3:42 PM    2018CH07730

**STATEMENT OF CHARGES:** Dyamond Davis, Support Service Worker, Shapiro Center

In accordance with CMS Personnel Rule 302.700 "Cause for Discharge," Dyamond Davis is being discharged on ___09-15-17___ for the following:

Charge 1: Time abuse: 30 minutes UA on 5/12/2017
Charge 2: Time abuse: 5 hours and 30 minutes UA on 6/29/2017

The above stated charges are in violation of the following rules, regulations, policies and procedures of the Department of Human Services:

1. Shapiro Policy 6/2 "Absenteeism & Tardiness"
2. AFSCME Agreement Affirmative Attendance Policy
3. Illinois DHS Employee Handbook
4. CMS Personnel Rule 302.700 "Cause for Discharge"

Prior discipline:

**Oral Reprimands**

| Date | Topic of Offense |
|---|---|
| 06/30/2015 | 20 minutes tardy 6/24/15 |
| 11/23/2015 | XA 11/15/15 |

**Written Reprimands**

| Date | Topic of Offense |
|---|---|
| 12/15/2015 | Didn't pack correct amount of dishes for several units 11/3/15 |
| 01/27/2016 | 2nd LOR for XA 1/4/16 |

**Suspensions**

| Date | Topic of Offense |
|---|---|
| 08/18/2015 | 3-day paper suspension: Tardiness: 7/20/15, 7/26/15, 7/31/15 |
| 10/26/2015 | 6-day paper suspension: Tardiness: 9/10/15 (5 min), 9/21/15 (10 min) |
| 01/28/2016 | 8-day suspension: 7 days paper for Tardiness:  11/26/15 (10 min), 1/1/16 (20 min); 1 day served for Duties & Responsibilities:  Didn't send cereal to Units 313A & 813B 12/14/16 |
| 04/01/2016 | 22-day paper suspension: Tardiness: 15-days: 1/20/16 (25 min), 2/26/16 (1 hour); Time abuse: 7-days: XA 1/19/16 & 2/17/16 |
| 08/22/2016 | 2-day served suspension: Duties & Responsibilities: Sent wrong consistency diet to Unit 805B |
| 12/16/2016 | 15-day paper suspension: Time abuse: XA 10/12/16 |
| 05/06/2017 | 25-day suspension: 15 days paper/5 days served for UA 8 hours 2/2/17; 5-day served suspension: Conduct unbecoming on 2/6/17 for yelling at a co-worker |

CONTINUED DERELICTION OF DUTY AS EVIDENCED BY THE ABOVE MAY RESULT IN FURTHER DISCIPLINARY ACTION UP TO AND INCLUDING DISCHARGE.

cc: Unit Director, Personnel

**DDavis_000222**

 

## PRE-DISCIPLINARY/PRE-TERMINATION MEETING

**DEPOSITION EXHIBIT #2 11-16-21**

Employee Name: Dyamond Davis

Employee Classification: Support Service Worker

Facility Name: Shapiro Center

Date/Time of Meeting: July 3, 2017 (1:45 pm) & August 9, 2017 (1:45 pm)

Person Conducting Meeting (Name/Classification): Gina A. LoGalbo Fabian HR/LR Director

Persons Present at Meeting/Function Title: 7/3/2017

| | |
|---|---|
| Gina A. LoGalbo Fabian, | Hearing Officer/ Recorder |
| Peggy Krichbaum, | Management Representative |
| David Casteel, | Management Representative |
| Bruce Robinson, | Union Representative |
| Dyamond Davis, | Employee |

Persons Present at Meeting/Function Title: 8/9/2017

| | |
|---|---|
| Gina A. LoGalbo Fabian, | Hearing Officer/ Recorder |
| David Casteel, | Management Representative |
| Bruce Robinson, | Union Representative |
| Dyamond Davis, | Employee |

Management's Presentation:

    Charges Cited: See attached

    Violations Cited: See attached

☒Yes ☐No    A list of witnesses, statements of witnesses and/or witness interview forms were provided.

☒Yes ☐No    Pertinent documents were provided.

Union/Rebuttal: See attached

Management's Response to Rebuttal: See attached.

                                 _L. C. LoGalbo Fabian_    8/10/17
                                     Preparer Signature          Date

cc: Unit Director, Personnel

 

## INVESTIGATION RECORD/EVIDENCE

Please respond to the following to ensure that the preparer has:

| YES | NO | |
|-----|-----|---|
| ☒ | ☐ | Identified and reviewed the specific rule(s), regulation(s) and policies violated. |
| ☒ | ☐ | Involved the appropriate parties in the investigation (i.e. Division Director, Bureau Chief, Office Administrator, Section Manager, Unit Supervisor, EEO/AA, Labor Relations Administrator, Personnel Office). |
| ☒ | ☐ | Examined all pertinent files, records, charts and/or documentary evidence. |
| ☒ | ☐ | Examined all physical evidence. |
| ☒ | ☐ | Interviewed all witnesses who have direct knowledge of the incident or behavior. |
| ☒ | ☐ | Interviewed the subject of the investigation. |
| ☒ | ☐ | Afforded all employees their contractual and due process rights. |
| ☒ | ☐ | Investigated the employee's story or claims of mitigating circumstances. |
| ☒ | ☐ | Reviewed the employee's supervisory and personnel file. |

*Check All Items That Were Provided to The Employee And Are a Part of The Discharge Package:* (Anything that is used, must have been shared at the pre-disciplinary pre-termination meeting).

☐  1. Witness list - giving name and title

☐  2. Witness statement(s) both hand-written and typed transcript.

☐  3. Engineering diagram of living area, work area and/or office.

☐  4. Photograph(s) showing injuries, work locations, work stations, etc.

☐  5. Injury Reports (if applicable)

☒  6. Performance evaluations (CMS-201R/CMS-201MC) for the past five years.

☐  7. Training Certificates (if applicable)

☐  8. Position Description (CMS-104)

cc: Unit Director, Personnel

 

## INVESTIGATION RECORD/EVIDENCE (continued)

- [X] 9.  Written assignments/correspondence which support the charge(s).

- [X] 10. Time sheets/sign-in sheets, if applicable.

- [ ] 11. Department of State Police, Division of Internal Investigation; Office of the Inspector General and   Facility Investigative Reports.

- [X] 12. DHS Employee Handbook and signed statement of receipt.

- [ ] 13. DHS Work rules, supplemental agreements violated.

- [ ] 14. CMS Rule violated.

- [ ] 15. Contract article, section, provision, memorandum of understanding, etc. violated.

- [ ] 16. Other documents as deemed appropriate and/or pertinent.

Preparer Signature                                     Date      8/10/17

cc: Unit Director, Personnel

 

## SHAPIRO CENTER
## MEMORANDUM

Date:  8/10/2017                                45th day will be:  8/17 2017

To:       Lynne Gund, Facility Director

From:    Gina A. LoGalbo Fabian, Labor Relations/Personnel Director

Subject:  Pre-Disciplinary meeting conducted:  July 3, 2017 & August 9, 2017

For:      Dyamond Davis

Present:  7/3/2017

| | | |
|---|---|---|
| ☒ | Gina A. LoGalbo Fabian, | Hearing Officer/ Recorder |
| ☒ | Peggy Krichbaum, | Management Representative |
| ☒ | David Casteel, | Management Representative |
| ☒ | Bruce Robinson, | Union Representative |
| ☒ | Dyamond Davis, | Employee |

Present:  8/9/2017

| | | |
|---|---|---|
| ☒ | Gina A. LoGalbo Fabian, | Hearing Officer/ Recorder |
| ☒ | David Casteel, | Management Representative |
| ☒ | Bruce Robinson, | Union Representative |
| ☒ | Dyamond Davis, | Employee |

Employee and/or his/her representative:  7/3/2017 & 8/9/2017

☒       Acknowledged that the Notice of Pre-Disciplinary Meeting was received.
☒       Acknowledged that the contents of the subject letter were understood.
☒       Was offered documentation relative to the meeting.

cc: Unit Director, Personnel

**Standard Operating
Policy & Procedure
# 6/2**

### SHAPIRO CENTER

### PERSONNEL SERVICES
### ABSENTEEISM & TARDINESS



DEPOSITION
EXHIBIT
#3
11-16-21

#### POLICY:
Shapiro Center shall maintain a program for the monitoring and control of absenteeism and tardiness. This policy will be issued every employee at the time of employment and will be reviewed during new employee orientation.

#### PURPOSE:
The intent of this program is to ensure that the necessary staff are available to provide services required by the individuals of the Shapiro Center, and to establish progressive discipline to appropriately deal with tardiness and excessive absenteeism.

#### PROCEDURE:
1.  The immediate supervisor outside the bargaining unit will review time sheets daily and, if an employee is absent and has problems with regard to pre-scheduling his/her time, and/or is late to work, the supervisor will discuss the matter with the administrator of the area. The Unit Director will determine the course of action to be taken with the employee. The action may be in the form of counseling or progressive discipline which includes the following:

    a.  Oral Reprimand
    b.  Written Reprimand
    c.  Suspensions Without Pay
    d.  Discharge from State Service

    NOTE: Employees in the title of Mental Health Technician Trainee are not be eligible for disciplinary suspensions. Mental Health Technician Trainee's who engage in actions that would normally result in a suspension may be subject to termination.

    It is the employee's responsibility to "sign-in" or "clock-in" at the start of his/her shift. Each employee is responsible to sign in for him/herself and only for him/herself. Falsification of any aspect of the "sign-in sheet" subjects the employee to disciplinary action up to and including discharge.

2.  Call-Off Procedure - All employees must call off sixty (60) minutes prior to the beginning of their shift. Employees may call off to: the Living Unit Administrator (LUA) Department Head, Manager on Duty (MOD), Weekend Supervisor, Unit Director, Shift Coordinator, Nursing Supervisor and or the event none of these managers is available, employees may call off to the Administrator on Duty (AOD).
    Employees may go through the Switchboard Operator to be connected to a supervisor authorized to accept call-offs to report off duty. The employee should identify himself/herself to the operator and the unit he/she is assigned to and asked to be transferred to appropriate supervisor to accept the call-off.

Davis v. IDHS (18-2246) Document No.:     001766

When an employee will not be reporting to work, as assigned, he/she must report to the designated supervisor/administrator a minimum of sixty (60) minutes prior to the beginning of his/her shift.

On residential units direct service staff are to report off to their appropriate LUA or Shift Coordinator. Only the following designated classifications can accept a call off: LUA, Weekend Supervisor, Shift Coordinator, Assistant Unit Director, Unit Director, or AOD.

On residential areas a Support Service Worker may call off to his/her LUA, Weekend Supervisor, Shift Coordinator, Assistant Unit Director, Unit Director or AOD.

All employees assigned to a residential unit who are not listed above must call off to their designated administrator. If the designated administrator is not available, they must call off to the AOD.

On non-residential units, staff are to call off to their designated administrator. If the designated administrator is not available, the employee is to use the administrative chain of command for their section or department. If no administrator is available, they must call off to the AOD.

Employees are required to be knowledgeable of the administrative chain of command for his/her section or department.

Under no circumstance is an employee excused from calling off from work to the appropriate supervisor or administrator since an administrator is available to accept call offs at all times.

3.  Tardiness - When tardy or about to be, an employee shall notify his/her immediate supervisor (calling his/her work location and reporting to the person designated to receive such information). The tardy employee is to notify the supervisor of his/her arrival time to ensure he/she is not recorded tardy for more than his/her actual tardy time. When an employee has been tardy for five minutes or more, such tardiness shall be recorded for possible pay deduction as specified in the applicable Union Contract or Personnel Rule as well as administrative action.

It is the responsibility of the supervising staff to ensure staff under their supervision are accurately recorded on and off duty including the documentation of tardy time. Therefore, for example, on residential units, it is the shift charge who is responsible for documenting when technicians they supervise arrive late, leave early or take extended breaks or lunches. The shift charge is responsible to notify the administrative supervisor regarding any of the above infractions. Failure for the shift charge or other line supervisor to accurately report the time of staff they supervise could result in disciplinary action up to and including discharge.

4.  Abuse of Sick Time - Frequent and patterned use of sick time may subject an employee to being warned of proof or being placed on proof status. Employees will be warned of possible proof status prior to being placed on proof status. However, once an employee has been warned of potential proof status placement, any frequent and patterned use of sick time within a twenty-four (24) month period following the warning will result in the employee being placed on proof status. In addition, an employee may be placed back on proof status without additional warnings if patterned and frequent call-offs continue during the twenty-four (24) months following the end of proof status.

Documentation may be requested of an employee who calls off and is not on proof status when abuse of sick time is suspected.

Davis v. IDHS (18-2246) Document No.:     001767

An employee who VOLUNTARILY submits medical documentation for call offs that meet ALL of the proper medical certification for proof status outlined below shall not have that call off utilized for the purposes of proof status warning or placement. However, the medical certification must <u>initially</u> contain all of the required elements (no additional subsequent documentation can be considered and no time extensions are to be granted for an employee to obtain proper medical certification)

Proper medical certification must contain the following elements:

a.  Signature, address, and phone number of the medical practitioner or authorized designee).
b.  The pertinent date(s) in question of the illness or injury.
c.  An indication that the employee was unable to work on the date(s) in question for reasons of personal or family illness.
d.  The original medical statement must be submitted. If the employee needs a copy of the medical statement, the supervisor will provide one to the employee upon request. Electronically generated statements with an electronic signature or a facsimile with cover page may be accepted, as long as the necessary information is provided as set forth in (a), (b), (c) and (d) and is sent by the physician's office.

5.  <u>Definitions</u>
    UA - An unauthorized absence is regularly scheduled work time taken off work that is not pre-planned by the employee with his supervisor, but which is reported by the employee to the supervisor sixty minutes prior to the beginning of his/her shift.

    XA - An unexcused, unreported absence is regularly scheduled work time taken off work that is neither reported by the employee nor authorized by his supervisor. Employees who fail to call off sixty minutes prior to the beginning of his/her shift will be considered XA. Employees who leave his/her shift without advising and obtaining approval from the supervisor will also be considered XA.

6.  <u>Time Off</u> - Approval of time off requests are subject to operational needs and applicable contractual language.

    Requests for accumulated time such as vacation time and holiday time should be pre-scheduled. In addition, except for emergency situations, Personal Time and Sick Appointment Time is also to be pre-scheduled. Employees should not assume that requests for time are automatically approved. Requests for time off are not approved until the employee is in receipt of written approval from his/her administrative supervisor. Continued failure to pre-schedule accumulated time may result in disciplinary action up to and including discharge. It is the employee's responsibility to be knowledgeable of the amount and type of accumulated time he/she has prior to making a request for time off. Continued application of benefit time not yet accumulated may result in the absence being recorded as unauthorized (UA) and the appropriate level of discipline (up to and including discharge from state service) will be imposed.

    Employees who call off must submit the form "Staff Request For Time Off" (IL444-4140) and form "Employee Time Correction Report" (IL444-4090) to the designated administrative supervisor within two (2) work days following the call-off to apply for the use of accumulated time. Unit Directors/Department Heads are to ensure the Timekeeping Office is provided all time change slips received by the next work day with the exception of timekeeping close out days when the forms must be submitted the day of receipt.

A written explanation of mitigating circumstances must accompany requests for time off in lieu of an XA in addition to supporting documentation.

Except as provided for in applicable Union contracts, requests for benefit time should generally not be submitted more than two months in advance of the requested vacation period since the facility operating needs are such that approval prior to this time is not generally feasible.

7. <u>Unavailability for Work</u> - When an employee is absent from work approximately 20% of the time the individual will be subject to a counseling followed by progressive discipline; when an employee is absent for more than 20% of the time, the employee will be subject to the following disciplinary action:

    1st occurrence: letter of reprimand;
    2nd occurrence: 5 day suspension;
    3rd occurrence - 15 day suspension

NOTE: Unavailability for work does not include prescheduled approved accumulated time off (i.e., vacation time, holiday time, and personal time).

8. Administrative Action Guidelines - This is a general guideline of the level of administrative action that may be taken for unauthorized absences (UA), unreported, unauthorized absences (XA), and tardiness. The level may be amended based on mitigating circumstances and employee work history. Discipline will be considered timely and progressive based on a rolling 24-month period. If the last disciplinary action is more than 24 months old, the progression will start over.

Each occurrence of unauthorized absence (UA) shall be considered a separate offense for the purposes of progressive discipline. Each occurrence of unreported, unauthorized absence (XA) shall be considered as two offenses, and appropriate progressive discipline shall be administrated in accord with the following chart. However, five (5) consecutive days of unreported unauthorized absence (XA) may result in discharge.

| UA/XA ADMINISTRATIVE ACTION CHART | |
| --- | --- |
| **OCCURRENCE** | **ADMINISTRATIVE ACTION** |
| 1st offense | counseling |
| 2nd offense | oral reprimand |
| 3rd offense | letter of reprimand |
| 4th offense | 2nd letter of reprimand |
| 5th offense | 1 day (paper) suspension |
| 6th offense | 3 day (paper) suspension |
| 7th offense | 5 day (paper) suspension |
| 8th offense | 7 day (paper) suspension |
| 9th offense | 10 day (paper) suspension |
| 10th offense | 15 day (paper) suspension |
| 11th offense | 20 day (15 paper/5 served) suspension |
| 12th offense | discharge |

Davis v. IDHS (18-2246) Document No.:     001769

## TARDINESS ADMINISTRATIVE ACTION CHART

| **5 - 15 minutes tardy** | | **more than 15 minutes tardy** | |
|---|---|---|---|
| 1st offense | discussion | 1st offense | counseling |
| 2nd offense | counseling | 2nd offense | oral reprimand |
| 3rd offense | oral reprimand | 3rd offense | letter of reprimand |
| 4th offense | letter of reprimand | 4th offense | 1 day (paper) suspension |
| 5th offense | 1 day (paper) suspension | 5th offense | 3 day (paper) suspension |
| 6th offense | 2 day (paper) suspension | 6th offense | 5 day (paper) suspension |
| 7th offense | 4 day (paper) suspension | 7th offense | 7 day (paper) suspension |
| 8th offense | 6 day (paper) suspension | 8th offense | 9 day (paper) suspension |
| 9th offense | 8 day (paper) suspension | 9th offense | 15 day (paper) suspension |
| 10th offense | 10 day (paper) suspension | 10th offense | 20 day (15 paper/5 served) suspension |
| 11th offense | 15 day (paper) suspension | 11th offense | Discharge |
| 12th offense | 20 (15 paper/5 served) suspension | | |
| 13th offense | Discharge | | |

6/2/5
Davis v. IDHS (18-2246) Document No.:    001770

### Memorandum of Understanding
### Tardiness Agreement

Covering all AFSCME Bargaining Units at
DHS Schools and Residential Facilities

The threshold between tardiness and unauthorized absence is one (1) hour after the scheduled starting time (except Shapiro, Mabley, and Lincoln Developmental Centers where tardiness will be late arrival of four (4) or fewer hours). Late arrivals within the threshold shall be considered tardy and are not covered under the Affirmative Attendance Agreement.

Late arrivals beyond the threshold will be considered as unauthorized absence with call-in (UA) and a disciplinary referral initiated under the terms of the Affirmative Attendance Agreement, provided the employee calls or arrives within four (4) hours after the scheduled starting time (not applicable to Shapiro, Mabley, and Lincoln Developmental Centers).

Employees who arrive more than four (4) hours late, but call within four (4) hours after the starting time and arrive before the end of their shift will be recorded as UA and a disciplinary referral initiated under the terms of the Affirmative Attendance Agreement

Employees who neither call nor arrive within four (4) hours after the starting time will be considered unauthorized absence with no call (XA) and a disciplinary referral initiated under the terms of the Affirmative Attendance Agreement.

_____
For DHS

_____
For AFSCME Council 31

_____4/25/01_____
Date

_____4/25/01_____
Date

I have been issued a copy of Shapiro Policy 6/2 (revised 7/11) and understand it is my responsibility to read this document and be familiar with its content.

_____
Printed Name

_____
Signature                                                     Date



**DEPOSITION EXHIBIT #4**
11-16-21

FILED DATE: 7/25/2018 3:42 PM   2018CH07730

# C+HMG Chicago Health Medical Group

47 S 6th Ave
LaGrange, IL 60525
Phone: 708-354-4900
Fax: 708-482-3324

**Doctor's Note**

Date 06/11/2017

Patient        DAVIS, DYMOND            D.O.B.        02/27/1991

The aboved named patient is under my care. She is pregnant with a high risk pregnancy due to Lupus. Her due date is 12/19/17. She was seen today, 5/11/17, and will require prenatal visits with me and a consult with Maternal Fetal Medicine. She will also need time off for ultrasounds and fetal assessment testing later in her pregnancy.

Thank you,

Electronically Signed by: KATHLEEN MAHONEY, MD

*Kathleen Mahoney, MD*

**PETITIONER'S EXHIBIT**
6.

006579

FILED DATE: 7/25/2018 3:42 PM   2018CH07730

```
9:19:46 Thursday, August 10, 2017
```

```
P/+1              EMPLOYEE,S ATTENDANCE DATA FOR   05/01/17-07/31/17        PAGE. 01
DEPT 10 FAC 079 TMKS 9502 NAME DAVIS DYAMOND D      SOC-SEC-NO :
```

| MAY | TY | HRS | C D | TY | HRS | C D | TY | HRS | C D | TY | HRS | C D | TY | HRS | C D | Q P | H P | TEMP ASSGN POS |
|-----|----|-----|-----|----|-----|-----|----|-----|-----|----|-----|-----|----|-----|-----|-----|-----|----------------|
| 01 | ES | 07:00 | | HO | 01:00 | E | | | | | | | | | | P | C | |
| 02 | SI | 08:00 | | | | | | | | | | | | | | P | C | |
| 03 | RO | 08:00 | | | | | | | | | | | | | | P | C | |
| 04 | RO | 08:00 | | | | | | | | | | | | | | P | C | |
| 05 | HO | 08:00 | | | | | | | | | | | | | | P | C | |
| 06 | ES | 08:00 | | | | | | | | | | | | | | P | C | |
| 07 | ES | 08:00 | | | | | | | | | | | | | | P | C | |
| 08 | RO | 08:00 | | | | | | | | | | | | | | P | C | |
| 09 | HO | 08:00 | | | | | | | | | | | | | | P | C | |
| 10 | ES | 08:00 | | | | | | | | | | | | | | P | C | |
| 11 | ES | 06:30 | | HO | 01:30 | E | | | | | | | | | | P | C | |
| 12 | ES | 04:00 | | HO | 03:30 | E | UA | 00:30 | M | | | | | | | P | C | |
| 13 | RO | 08:00 | | | | | | | | | | | | | | P | C | |
| 14 | RO | 08:00 | | | | | | | | | | | | | | P | C | |
| 15 | ES | 08:00 | | | | | | | | | | | | | | P | C | |
| 16 | ES | 08:00 | | | | | | | | | | | | | | P | C | |
| 17 | ES | 08:00 | | | | | | | | | | | | | | P | C | |
| 18 | SI | 08:00 | | | | | | | | | | | | | | P | C | |

```
* ALL HOURS FIELDS ARE EXPRESSED AS HOURS AND MINUTES
```

DEPOSITION EXHIBIT #15  11-16-21

DDavis_000231

2018CH7730, Dyamond Davis, 000397
Davis v. IDHS (18-2246) Document No.:    000403

9:20:20 Thursday, August 10, 2017

FILED DATE: 7/25/2018 3:42 PM   2018CH07730

```
P/+1                    EMPLOYEE,S ATTENDANCE DATA FOR  05/01/17-07/31/17        PAGE 02
DEPT 10 FAC 079 TMKS 9502 NAME DAVIS DYAMOND D        SOC-SEC-NO
                    C            C            C            C          C O H
MAY TY   HRS   D TY   HRS   D TY   HRS   D TY   HRS   D TY   HRS   D P P   TEMP ASSGN POS
    19 RO 08:00                                                      P C
    20 ES 07:30        PD 00:30 M                                    P C
    21 SP 08:00                                                      P C
    22 SP 08:00                                                      P C
    23 SP 08:00                                                      P C
    24 SP 08:00                                                      P C
    25 SP 08:00                                                      P C
    26 SP 08:00                                                      P C
    27 SP 08:00                                                      P C
    28 SP 08:00                                                      P C
    29 SP 08:00                                                      P C
    30 SP 08:00                                                      P C
    31 ES 08:00                                                      P C
JUN
    01 ES 08:00                                                      P C
    02 SI 08:00                                                      P C
    03 RO 08:00                                                      P C
    04 RO 08:00                                                      P C
```

* ALL HOURS FIELDS ARE EXPRESSED AS HOURS AND MINUTES

DDavis_000232

2018CH7730, Dyamond Davis, 000398
Davis v. IDHS (18-2246) Document No.:    000404

9:20:24 Thursday, August 10, 2017

FILED DATE: 7/25/2018 3:42 PM   2018CH07730

```
P/+1                EMPLOYEE,S ATTENDANCE DATA FOR  05/01/17-07/31/17        PAGE 03
DEPT 10 FAC 079 TMKS 9502 NAME DAVIS DYAMOND D       SOC-SEC-NO
            C           C           C           C           C O m
JUN TY  HRS  D TY  HRS  D TY  HRS  D TY  HRS  D TY  HRS  D P P   TEMP ASSGN POS
   05 ES 08:00                                                P C
   06 ES 08:00                                                P C
   07 VA 08:00                                                P C
   08 ES 02:00    VA 06:00 E                                  P C
   09 RO 08:00                                                P C
   10 ES 08:00                                                P C
   11 ES 08:00                               TARD  0:30 P C
   12 ES 08:00                                                P C
   13 ES 02:30    VA 05:30 E                                  P C
   14 RO 08:00                                                P C
   15 RO 08:00                                                P C
   16 ES 08:00                                                P C
   17 ES 08:00                                                P C
   18 ES 08:00                                                P C
   19 RO 08:00                                                P C
   20 ES 08:00                                                P C
   21 ES 08:00                                                P C
   22 ES 08:00                                                P C
```

* ALL HOURS FIELDS ARE EXPRESSED AS HOURS AND MINUTES

DDavis_000233

FILED DATE: 7/25/2018 3:42 PM   2018CH07730

9:20:31 Thursday, August 10, 2017

```
P/+1              EMPLOYEE,S ATTENDANCE DATA FOR   05/01/17-07/31/17        PAGE 04
DEPT 10 FAC 079 TMKS 9502 NAME DAVIS DYAMOND D      SOC-SEC-NO
                  C           C           C           C           C  O H
JUN TY  HRS   D TY  HRS   D TY  HRS   D TY  HRS   D TY  HRS   D P P  TEMP ASSGN POS
  23 ES 08:00                                                    P C
  24 RO 08:00                                                    P C
  25 RO 08:00                                                    P C
  26 ES 08:00                                                    P C
  27 ES 08:00                                                    P C
  28 ES 08:00                                                    P C
  29 ES 02:30    UA 05:30 E                                      P C
  30 RO 08:00                                                    P C
JUL
  01 ES 08:00                                                    P C
  02 SI 08:00                                                    P C
  03 ES 08:00                                                    P C
  04 ES 08:00                                                    P C
  05 RO 08:00                                                    P C
  06 RO 08:00                                                    P C
  07 ES 08:00                                                    P C
  08 ES 08:00                                                    P C
  09 ES 08:00                                                    P C
```

* ALL HOURS FIELDS ARE EXPRESSED AS HOURS AND MINUTES

DDavis_000234

2018CH7730, Dyamond Davis, 000400
Davis v. IDHS (18-2246) Document No.:    000406

FILED DATE: 7/25/2018 3:42 PM   2018CH07730



STATE OF ILLINOIS FAMILY AND MEDICAL LEAVE ACT OF 1993
FMLA DESIGNATION NOTICE – APPROVAL Initial Notice
FOR SERIOUS MEDICAL CONDITION OF EMPLOYEE OR EMPLOYEE'S FAMILY MEMBER

TO: _Dyamond Davis_  AGENCY: _DHS-Shapiro Center_

_19700 Heritage Dr_  DATE: _6-1-17_

_Tinley Park Il 60487_  FROM: _Kimberly Parks_

The Family and Medical Leave Act (FMLA) certification form or other medical documentation completed by your (or your family member's) health care provider for FMLA protection was:

☑ Received in our office on _6/1/17_ (date);

☐ No FMLA certification was returned, but you are on a leave of absence or you are missing work, or are anticipating a leave of absence, and we have confirmed it is for an FMLA-qualifying reason, FMLA time will run concurrently with the time you are off work. Documentation received on _____ (date) was: ☐ CMS-95 (Physician's Statement), ☐ pregnancy certification form, ☐ doctor's note, ☐ other (specify) _____

You have been approved for FMLA protection effective _5/9/17_ through _12/31/17_ or when a total of 12 weeks of FMLA concurrent coverage has been exhausted, whichever occurs first. This protection ☐ will begin a new 12-month period, or ☑ is within your current 12-month period which began _Jan 1_, for one of the following reasons:

☐ Your own serious health condition

☑ Pregnancy, the birth of a child, or placement of a child with you for adoption or foster care. ☑ Maternity/Paternity - We have determined you are eligible and have been approved for FMLA protection and are entitled under FMLA to take up to 12 weeks of unpaid or paid time away from work in a 12-month period. Accordingly, Maternity/Paternity Leave (4 weeks) would be deducted from your annual FMLA entitlement. You may contact _Amy_ for questions regarding Maternity/Paternity Leave at _8221_.

☐ Because you are needed to care for your ☐ spouse, ☐ child, or ☐ parent due to his/her serious health condition

Based on the information you provided to date, we are providing the following information about the amount of time that will be counted against your allotment or the estimated duration and frequency of intermittent absences for this approved reason for leave.

☑ Single Continuous Leave Period: From _7/9/17_ to _8/30/18_. Accordingly, _248_ hours will be counted against your annual leave entitlement. If employee returns to work prior to estimated continuous block of time, or if additional intermittent time off may be required, the additional time off will be added to the hours indicated herein.

☐ Purpose of Intermittent Absences: ☐ appointments, ☐ flare-ups, ☐ ongoing care, ☐ other _____
Expected Frequency and Duration of needed care/appointment plus reasonable travel/wait time:

Appointments Frequency: _1_ time/s per ☐ week ☑ month ☐ year  Duration: _2_ hr/s — day/s per event

Anticipated Recovery Period? ☑ No ☐ Yes  If yes, specify: _____

Overtime Restriction? ☑ No ☐ Yes  If yes, medically restricted from working more than — hr/s per — ; ☐ other*

Possible Flare-ups: Frequency _0_ time/s per ☐ week ☐ month ☐ year  Duration: — hr/s — day/s per event

The FMLA requires you notify us as soon as practicable if dates of scheduled leave change, are extended, or were initially unknown.

Please be advised (check if applicable):

☑ 1.  If you have requested to use paid leave during your FMLA leave, any paid leave taken for this reason will count against your FMLA leave entitlement.

☑ 2.  We are requiring you to substitute or use paid leave _All benefit time_ (specify type of leave) during your FMLA leave. This means you will have unpaid FMLA time running concurrently with any paid time off provided under the personnel rules. Any paid or unpaid leave taken for this reason will count against your FMLA leave entitlement.

☑ 3.  If you are absent more than _5_ consecutive days, you will be required to present a release from your health care provider to be restored to employment. If such certification is not timely received, your return to work may be delayed until certification is provided.

When it is necessary for you to be absent from work due to the approved, qualifying health condition, please notify your supervisor of the following: (1) the reason for your absence, (2) whether you are using benefit time, and (3) the amount of time needed for the absence. We are required to track the use of any time taken for FMLA reasons. In order for the Agency to properly track your FMLA usage, it is necessary for you to notate on your absence slips which absences are related to the qualifying condition by including "FMLA" on those slips. To ensure FMLA absences are accurately recorded, your supervisor is responsible for forwarding all time utilized to the timekeeper. The unpaid leave provided under FMLA is applied in conjunction with Part 303 of the CMS Personnel Rules and any Administrative Directives, applicable union contract, and Employee Handbook provisions regarding absences from work, some of which provide for paid time off. Please contact the FMLA Coordinator/Personnel Liaison listed below with questions or concerns.

Additional comments: _Any refusal of mandatory OT will be counted against your 2017 FMLA entitlement._

FMLA Coordinator/Personnel Liaison: _Kimberly Parks_

Address: _100 E. Jeffery St., Kankakee, IL 60901_  Phone: _815-939-8221_

cc: Supervisor
Timekeeping

Insurance Unit

FMLA/Medical File

CMS-1021-DNA

February 2010

**DEPOSITION EXHIBIT #6** 11-16-21

**PETITIONER'S EXHIBIT 12**

DDavis_000193

2018CH7730, Dyamond Davis, 000421
Davis v. IDHS (18-2246) Document No.:   000427

FILED DATE: 7/25/2018 3:42 PM   2018CH07730

May 24 17 02:28p    171st & Har amCE                    7086339222                    p. 1

Employee Name: Dyamond Davis S    Page 1 of 4

STATE OF ILLINOIS
FAMILY AND MEDICAL LEAVE ACT OF 1993
CERTIFICATION OF HEALTH CARE PROVIDER FOR:

## EMPLOYEE'S OWN SERIOUS HEALTH CONDITION

### Section I: For Completion by the Agency

Agency name and FMLA Contact: DHS - Shapiro Center - Kimberly Parks
100 E. Jeffery St., Kankakee IL 60901    815 939 8221
Fax 815 939 8560

Employee's job title: Support Service Worker Regular work schedule: _____

Employee's essential job functions: Dietary

Check if job description is attached: _____

### Section II: For Completion by the Employee

Instructions to the Employee: Please complete Section II before giving this form to your medical provider. The state of Illinois requires that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. Because completion of this form is required, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614 (c) (3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. You have 15 calendar days to return this form. 29 C.F.R. § 825.305 (b).

Your name: Dyamond                    Davis
              First          Middle        Last

Telephone (W): _____    Telephone (Home or Cell) 708 445 1148

Address: 19700 heritage dr Tinley Park IL    Date of Birth: 02/27/1991
                                   60487

Release/Authorization for Clarification - I voluntarily authorize my agency's FMLA Coordinator, human resources professional, leave administrator, or a management official other than my supervisor to contact my health care provider for clarification of the information contained in this certification. I further authorize my health care provider to provide clarification of the responses given on this form to my agency's FMLA Coordinator, human resources professional, leave administrator, or a management official other than my supervisor.

Employee's Signature: _Dyamond Davis_

I understand that my refusal to authorize my health care provider to be contacted for clarification means that my agency may deny the taking of FMLA-protected leave if my certification remains unclear after I am requested to obtain clarification. Employee Initials: _____

Certification - I certify that the information contained in this form is true to the best of my knowledge and understand any misrepresentation or falsification on my part may result in denial of leave, the denial of the protections of FMLA, and/or disciplinary action up to and including discharge.

Employee's Signature: _Dyamond Davis_    Date: 5/20/17

145-1221-CFE                                        February 2010

## DDavis_000194

May 24 17 02 22o    171st & HarlemCE                    7086330222              - 2

Employee Name: ___Dyamond Davis___  Page 2 of 4

### *** Employee is not permitted to complete or fill in the answer to any question in Section III of this form. ***

Section III: For Completion by the Health Care Provider

Instructions to the Healthcare Provider: Your patient has requested leave under the FMLA. Answer, fully and completely, all questions. Where any question is not applicable, please indicate "N/A" so we know the question was not overlooked. Your responses as to the frequency or duration of condition, treatment, etc., should be your best estimate based upon the medical history and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your response to the condition for which the patient needs leave. Page 3 provides space for additional information, if needed. Please be sure to sign the form on the last page.

Health Care Provider's name:      **KATHLEEN MAHONEY, M.D.**

Business address: _____    47 South 6th Avenue
                                     LaGrange, IL 60525
                                     Phone: (708) 354-4900
                                     Fax: (708) 482-3324

Type of practice / Medical specialty:  OB·GYN

Illinois Professional License Number: _____

Telephone: ( __ ) _____     Fax: ( __ ) _____

Date form was received in the doctor's office: _____

Part A: Medical Facts

1.  a) Approximate date condition commenced:  March 2017

    b) Probable duration of condition:  9 months

    Mark below as applicable:

    c) Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
       ☒No   ☐ Yes   If yes, date/s of admission: _____

    d) Date/s you treated the patient for this condition in the last 12 months: _____
       5/11/17

    e) Is this a chronic condition? ☒No   ☐ Yes
       If yes, will the patient need to have treatment visits at least twice per year due to the condition?
       ☐ No   ☐ Yes

    f) Was the patient incapacitated by this condition for more than three, full consecutive calendar days?
       ☒No   ☐ Yes
       If yes, what were the dates of incapacitation? _____
       If yes, was medication, other than over-the-counter medication, prescribed? ☐ No   ☐ Yes
       If no medication was prescribed, did you/will you treat the patient twice within 30 days of first date of
       incapacity? ☐ No   ☐ Yes

    g) Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
       ☐ No   ☒ Yes   If yes, state the nature of such treatments and expected duration of treatment:
       MFM high risk pregnancy consultation]

CMS-1021-CFE                                                          February 2010

DDavis_000195

May 24 17 02:23o      171st & HarlemCE                    7084339222           = 3

Employee Name: **Dyamond Davis**        Page 3 of 4

2.  Is the medical condition pregnancy? ☐ No   ☑ Yes   If yes, expected delivery date: **12/19/17**

3.  Use the information provided by the employer in Section 1 to answer this question. If the employer fails to
    provide a list of the employee's essential functions or a job description, answer these questions based upon the
    employee's own description of his/her job functions. The following information was based on documentation
    from ☐ the employer ☐ the employee.

    a) Is the employee unable to perform any of his/her job functions due to the condition? ☑ No    ☐ Yes
       If yes, identify which job functions the employee is unable to perform.  _____

    _____

    Permanently? ☐ No ☐ Yes;  ☐ Temporary until _____; or <u>Only</u> when cond tion flares up ☐ No ☐ Yes

4.  Describe relevant medical facts related to the condition for which the employee seeks leave (such medical facts
    may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized
    equipment).
    <u>High risk pregnancy. It has Lupus & will have additional</u>
    <u>testing done in addition to routine prenatal care.</u>

    a) If the health care provider signing this document is a Chiropractor, please indicate whether the condition is a
       subluxation demonstrated by an X-ray to exist. _____

Part B: Amount of Leave Needed

5.  Will the employee be (or has the employee been) incapacitated for a single continuous period of time due to
    his/her medical condition, including any time for treatment and recovery? ☐ No    ☑ Yes
    If yes, estimate or state the beginning and ending dates for the period of incapacity.

    from **12/19/17** through **1/30/18**  if vaginal delivery or 2/13/18 if c
         (month/day/year)        (month/day/year)
                                        or pt may elect 12 wks FMLA and return 3/13/18
6.  Will the employee need to attend follow-up treatment appointments because of the employee's medical condition?
    ☑ No   ☐ Yes   If yes, are the treatments medically necessary? ☐ No    ☐ Yes

    a) Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required
    for each appointment, including any recovery period.

    **1** time/s per: ☐ week, ☑ month, or ☐ year (check one) from **7/6/17** through **8/28/17**, then q2wks
                                                        (month/day/year)    (month/day/year)  until 11/20/17
    Dates of scheduled appointments: **6-21-17**                                            then weekly

    Anticipated time required for each appointment: **1 hrs (2 hours)**

    Will the employee be unable to immediately return to work after each appointment due to the need for a
    recovery period? ☑ No   ☐ Yes   If yes, what period for recovery is anticipated? _____

7.  Will the employee need to work part-time or on a reduced schedule because of the employee's medical condition?
    ☑ No   ☐ Yes   If yes, estimate the part-time or reduced work schedule the employee needs, if any.

    _____ hour/s per day; _____ day/s per week from _____ through _____
                                                (month/day/year)   (month/day/year)
    Is the employee medically restricted from working more than 40 hours per week? ☑ No   ☐ Yes
    If yes, please explain: _____

WH-15-1021-CFS                                                              February 2013

2018CH7730, Dyamond Davis, 000423
Davis v. IDHS (18-2246) Document No.:    000429

FILED DATE: 7/25/2018 3:42 PM   2018CH07730

May 24 17 02 23p        171st & Harlon CE                          7086339722                    p 1

Employee Name: Dyamond Davis _page 4 of 4

2.    Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job
      functions?   ☒No   ☐ Yes
                If yes, is it medically necessary for the employee to be absent from work during the flare-ups?
                ☐ No   ☐ Yes

      If medically necessary, explain why:
      _____
      _____
      _____

      If time away from work is necessary during a flare-up, based upon the patient's medical history and your
      knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that
      the patient may have over the next 12 months (e.g., 1 episode every 3 months lasting 1-7 days).

           Frequency: _____ time/s per:  ☐ week, ☐ month, or ☐ year (check one)

           Duration: _____ hour/s or _____ day/s per episode of flare-ups which incapacitate the employee

Part C. Additional Information: Identify question number with your additional answer. _____
_____
_____
_____
_____

Recertification Question for Health Care Provider (if applicable): _____
_____
_____
_____
_____

Answer to Recertification Question by Health Care Provider: _____
_____
_____

_____ (MD)          5/31/17
Signature of Health Care Provider              Date

Printed name and title of anyone who assisted in the completion          Signature of anyone who assisted in he completion of
of Section III other than the Health Care Provider                       Section III other than the Health Care Provider

CMS-1021-CFE                                                             February 2010

2018CH7730, Dyamond Davis, 000424
Davis v. IDHS (18-2246) Document No.:   000430

DEPOSITION
EXHIBIT
#7
11-16-21

FILED DATE: 7/25/2018 3:42 PM 2018CH07730



Bruce Rauner, *Governor*

Illinois Department of Human Services

James T. Dimas, *Secretary-design*

Shapiro Center
100 E. Jeffery Street
Kankakee IL 60901
Phone: 815-939-8011  Fax: 815-939-8560

## FMLA REMINDERS

1.  Employees must state "FMLA" OR the condition covered by FMLA when calling off due to an FMLA protected condition. If the employee is calling off for a family member's approved FMLA condition, the employee must state which family member the call off pertains to under the FMLA provision.

2.  Employees must follow standard facility call off procedures when calling off due to FMLA protected conditions. Call offs for the Shapiro Center must be received 1 hour prior to the beginning of the employee's assigned shift.

3.  In accord with Policy 6/2, employees must complete all forms necessary within two (2) work days following the call off to apply for the use of paid accrued benefit time or excused FMLA dock time (LF) for FMLA related call offs if all paid accumulated benefit time is exhausted. **Employees must be knowledgeable of their benefit time** and submit a "Staff Request For Time Off" (IL-444-4140) indicating FMLA in the appropriate box and a "Employee Time Correction Report" (IL-444-4090) requesting the appropriate paid benefit time OR LF-FMLA dock time to cover the absence. Employees must utilize all accrued sick time first prior to requesting other paid benefit time to cover their absence. If the employee does not have the requested accrued benefit time to cover the absence, the absence will remain Unexcused (UA) whether or not it is an FMLA related absence and disciplinary action may be taken.

4.  Employees must utilize ALL accrued paid benefit time before applying for unpaid FMLA Dock time (LF) to cover FMLA related absences. If a request for FMLA dock time is received, and paid accrued benefit time is available to cover the absence, the employee will be required to submit the appropriate forms to utilize the paid benefit time. Repeated requests to utilize FMLA dock time prior to the exhaustion of paid accrued benefit time may result in disciplinary action taken with the employee for failure to follow facility policies and procedures.

On 05-05-17 (date) I, Amy Hardesty , hereby certify I served a copy of the attached FMLA Reminder notice for the following individual:

Dyamond Davis .

_Amy Hardesty_      5-5-17
Signature/Date of person serving the notice

_K. Delattes_      5-5-17
Signature/Date of Witness (If served by mail)

_____

If hand delivered, Signature/Date of Employee or Representative of Employee receiving the notice

## DDavis_000205

 

## Spainhour, Amber

| | |
|---|---|
| **From:** | Parks, Kimberly |
| **Sent:** | Friday, August 25, 2017 10:05 AM |
| **To:** | Fabian, Gina A.; Delattre, Kimberly A.; Petty, Rhonda |
| **Subject:** | RE: Dyamond Davis leave request |



She wrote a memo on 8/7/17 requesting medical leave, did not provide any medical documentation to support the leave. No leave was started for her. She did not follow up on her request.

She was hired in May 2015. Already in August 2015 she started receiving suspension time for time abuse issues. She has 100+ days suspension for time issues in a 2 year period.

She did not ask for leave for the 2 call offs (1 month apart at that) which she is being discharged for. Not every employee who calls off is seeking a leave of absence, we would have no reason to offer her one simply due to calling off unless it is 3 consecutive days.

She did apply for and was granted intermittent FMLA usage for appointments only, however, she did not indicate the call offs were FMLA related when she called off or when she applied for benefit time. Her physician did not indicate she would have flare ups, need a reduced schedule or have an overtime restriction on her FMLA certification form.

**From:** Fabian, Gina A.
**Sent:** Friday, August 25, 2017 9:55 AM
**To:** Parks, Kimberly; Delattre, Kimberly A.; Petty, Rhonda
**Subject:** Dyamond Davis leave request

CMS wants to know if Dyamond was ever offered a leave. I know she planned to go on a leave, but hadn't successfully done everything she needed to the last time I asked.

Can anyone fill me on some more details?

Regards,

Gina A. LoGalbo Fabian, J.D.

Director of Personnel/ HR & Labor Relations
**DHS - Shapiro Center**
100 E. Jeffrey St., Kankakee, IL 60901
(815) 939-8522

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

1



**DEPOSITION EXHIBIT #9**
11-16-21

State of Illinois
Department of Human Services

## Staff Request for Time Off

Employee Last Name: Dyamond Davis    First: _____    Middle: _____

SN (Last 4 Digits Only): _____

| Type of | Begin Date | | | End Date | | | Hours | | Total Days | Total | | Designate if FMLA or VESSA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mo. | Day | Year | Mo. | Day | Year | From | To | | Hours | Min. | |
| VAC | 6 | 13 | 17 | 6 | 13 | 17 | 1500 | 2100 | | 5 | 30 | ✓ |
| | | | | | | | | | | | | |

State of Illinois
Department of Human Services

## Employee Time Correction Report

Timekeeping Group Number: 9502    Employee Name: Dyamond Davis    SS: _____

On 6/13/17 an entry of UA was made on the "Daily Staff Attendance Report" for the

employee, the correct entry is FMLA 1500 - 2100 VAC

Employee Signature: _____    Date 6/16/17

Supervisor's Signature: _____    Date 6/19/17

Correction Entered on
Employee's Attendance Record: _____    Timekeeper's Initials: _____    Date _____

444-4090 (R-10-12) Employee Time Correction Report  Printed by Authority of the State of Illinois    -0- Copies

Employee Signature: _____    Date: 6/16/17

Supervisor Signature: _____    Date: 6/19/17

☑ Approved    ☐ Denied

Distribution:    Timekeeper
Supervisor
Employee

44-4140 (R-7-15) Staff Request for Time Off  Printed by Authority of the State of Illinois -0- Copies    Page 1 of 1

FILED DATE: 7/25/2018 3:42 PM  2018CH07730



State of Illinois
Department of Human Services

## Staff Request for Time Off

Employee Last Name: Dymond Davis    First:                    Middle:

SSN (Last 4 Digits Only): 8274

| Type of Time | Begin Date | | | End Date | | | Hours | | Total Days | Total | | Designate if FMLA or VESSA |
| | Mo. | Day | Year | Mo. | Day | Year | From | To | | Hours | Min. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FMLA VAC | 6 | 13 | 17 | 6 | 13 | 17 | 1500 | 2100 | | 5 | 30 | ✓ |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Types of Time (Paid) | | Types of Time (Unpaid) |
|---|---|---|
| SI – Sick Employee<br>SF – Sick Family<br>SA – Sick Appointment<br>HO – Accumulated Holiday<br>VA – Vacation<br>PD – Personal Business<br>OC – Accumulated Overtime<br>    or Equivalent Earned Time<br>UP – Paid Union Business | ML – Military Time *<br>OA – Maternity/Paternity*<br>    Organ Donation*<br>JU – Jury Duty*<br>UM – Upward Mobility*<br>SV – Sick Veteran*<br><br>* Requires additional approval and<br>documentation prior to utilizing | EA – Excused Absence<br>    (including VESSA)*<br>UB – Unpaid Union Business<br>LF – Excused Absence<br>    FMLA*<br><br>*Requires additional approval and<br>documentation prior to utilizing |

Remarks (optional):

Employee Signature: _Dymond Davis_    Date: 6/16/17

Supervisor Signature: _[signature]_    Date: 6/19/17

☑ Approved    ☐ Denied    Distribution:  Timekeeper
Supervisor
Employee

RESPONDENT'S EXHIBIT 3

DATE: 2017-07-06    EMPLOYEE ATTENDANCE RECORD FROM    PAYROLL SYSTEM    PAGE NO: 12373
NAME: DAVIS DYAMOND D    SOC. SEC. NO:    THRU    DATE OF BIRTH 1017 02/27/91    DEPT-FAC: 10-079    TK GROUP NO.: 9502 REPORT NO: W427024
PROGRAM ID: ARY40000

HOURS WORKED THIS MONTH FOR FMLA (HH:MM) = 144:15

HOURS WORKED THIS MONTH FOR FMLA (HH:MM) = 81:00

HOURS WORKED THIS MONTH FOR FMLA (HH:MM) = 134:30

DDavis_000203

2018CH7730, Dyamond Davis, 000432
Davis v. IDHS (18-2246) Document No.:    000439



FILED DATE: 7/25/2018 3:42 PM   2018CH07730

14:45:47 Friday, June 09, 2017

```
              EMPLOYEE'S MONTHLY TOTALS FOR MAY        AS OF 05/31/17
DEPT 10 FAC 079 TNKS 9502 NAME DAVIS DYAMOND D      SOC-SEC-NO
VAC SERV DATE 150501       SICK LV BANK N                    *OVERTIME
              HOLIDAYS   VACATION    SICK    PERSONAL    COMP
DUE AT START    2.75      1.31       1.13     0.75
   EARNED                 0.83       1.00
   USED         2.81                 2.00     0.06
   DUE AT END  -0.06      2.15       0.13     0.69
SI-BORROW       SV-USE                                   SI-PAYBLE-DUE
CMP OVT WORK
REGULAR TIME WORKED 10.13 *    STANDBY HRS          *TARDY/LEFT EARLY
DAYS WORKED AWAY         *  SHIFT DIFF HRS  114.5
OTHER TIME AWAY          *SIX-DAY RATE HRS    6.5
SUSPENSION PEND             TEMP ASSIGN DAYS              UNPAID TIME OFF
REGULAR DAYS OFF  6.00                                   SUSPENSION  10.00
*  OVT DAY WORKED             OTHER PAID TIME        UNION BUSINESS
*  OVT EVE WORKED                JURY DUTY           AUTH ABSENCE
*  OVT NIT WORKED
   PREMIUM PAY             MILITARY LEAVE            UNAUTH ABSENCE
*PAID OVERTIME EARNED      SERV CONN LEAVE       UNREP UNAUTH ABS
*  CALL-BACK NOT WORK      UNION BUSINESS
*WORKED CALL-BACK HRS
  ONE DAY IS EQUIVALENT TO  8 HOURS AND 00 MINUTES
* EXPRESSED IN HOURS AND TENTHS RATHER THAN DAYS AND HUNDREDTHS OF DAYS
```

DDavis_000244

2018CH7730, Dyamond Davis, 000410
Davis v. IDHS (18-2246) Document No.:   000416



FILED DATE: 7/25/2018 3:42 PM   2018CH07730

Date: 7/5/17   Re: Dyamond Davis

Unit: Dietary   To: Dave Casteel, Becky Irby

**Pre-scheduled benefit time or correction slip dated** 6/29/17
**submitted to timekeeping is being returned for the following reason:**

1. Correction slip was not completely filled out or benefit time being used is not in increment of 15 minutes.

2. Correction slip was not submitted with a time off request form.

3. Correction slip does not match exactly time as reflected on Timesheet

4. Employee has insufficient benefit time to cover amount requested on correction slip.

   Benefit Time available 4:20 VA   Amount needed 5:30

5. Pre-scheduled benefit time was not available when timesheets were posted. Pre-scheduled time is changed to EA in those circumstances and must reflect same on first line of correction slip when submitted back for correction.

### Note *

**Sick time is earned on FIRST day of FIRST pay period of every month**

**Vacation time is earned on the 16th of the month and can NOT be used prior to the 16th of the month.**

If the information received is not complete corrections slips will be returned which could result in a delay in getting time corrected.

Thank you for your cooperation

*Amanda Butler*

Timekeeping

815-939-8440

DDavis_000255

2018CH7730, Dyamond Davis, 000416
Davis v. IDHS (18-2246) Document No.:   000422

FILED DATE: 7/25/2018 3:42 PM   2018CH07730

13:27:03 Wednesday, July 05, 2017

```
                        DAILY ATTENDANCE REPORTING ERRORS

          DEPT 10   FAC 079   TMKS 9502   DATE OF WORK 06/29/17

                    CK            C           C           C        C TARD D POS
NAME                DF TY HRS   D TY  HRS   D TY  HRS   D TY  HRS  D LT E K CODE SEQ

DAVIS DYAMOND D     F ES 2:30   VA  5:30 E

NOT ENOUGH VACATION TIME TO COVER REQUEST.    4:20 HOURS AVAILABLE.
```

DDavis_000256



**Department of Human Services**

# Staff Request for Time Off



DEPOSITION EXHIBIT #12

11-16-21

Employee Last Name: _____ First: _____ Middle: _____

SSN (Last 4 Digits Only): _____

| Type of Time | Begin Date | | | End Date | | | Hours | | Total Days | Total | | Designate if FMLA or VESSA |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Mo. | Day | Year | Mo. | Day | Year | From | To | | Hours | Min. | |
| ① list type of benefit time requested. All benefit time must be exhausted before using LF. | | | | | | | | | | | | must put FMLA here if absence was FMLA related |
| ② LF- list LF here if all benefit time has been exhausted. LF will be excused FMLA absence, but unpaid. | | | | | | | | | | | | |

### Types of Time (Paid)

| | | | | |
| --- | --- | --- | --- | --- |
| SI | - Sick Employee | ML | - Military Time * | |
| SF | - Sick Family | OA | - Maternity/Paternity* Organ Donation* | |
| SA | - Sick Appointment | | | |
| HO | - Accumulated Holiday | JU | - Jury Duty* | |
| VA | - Vacation | UM | - Upward Mobility* | |
| PD | - Personal Business | SV | - Sick Veteran* | |
| OC | - Accumulated Overtime or Equivalent Earned Time | | | |
| UP | - Paid Union Business | | * Requires additional approval and documentation prior to utilizing | |

### Types of Time (Unpaid)

| | |
| --- | --- |
| EA | - Excused Absence VESSA* |
| UB | - Unpaid Union Business |
| LF | - Excused Absence FMLA* |

*Requires additional approval and documentation prior to utilizing

Remarks (optional):

① - must use all available benefit time first before applying for ② LF time.

This is for a flare-up / appointment / treatment.

Employee Signature: _____ Date: _____

Supervisor Signature: _____ Date: _____

Approved ☐ Denied   Distribution:   Timekeeper
Supervisor
Employee

444-4140 (R-7-15) Staff Request for Time Off  Printed by Authority of the State of Illinois -0- Copies

Davis v. IDHS (18-2246) Document No.:   005633

I have been instructed how to properly indicate an FMLA-related absence on the DHS Staff Request for Time Off form (444-4140), and understand that it is my responsibility to read and familiarize myself with the FMLA-related materials that were provided to me by the Personnel Department.

_____

Full Name (PRINT)

_____

Signature

_____

Date



Staff Request for Time Off

Employee Last Name: **Employee 157**

SSN (Last 4 Digits Only)

| Type of Time | Begin Date | | | End Date | | | Hours | | Total Days | Total | | Designate if FMLA or VESSA |
| | Mo. | Day | Year | Mo. | Day | Year | From | To | | Hours | Min. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SF | 10 | 7 | 16 | 10 | 7 | 16 | 0830 | 1230 | 1/2 | 4 | 00 | FMLA |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**DEPOSITION EXHIBIT #13**
11-16-21

| Types of Time (Paid) | | Types of Time (Unpaid) |
|---|---|---|
| SI - Sick Employee<br>SF - Sick Family<br>SA - Sick Appointment<br>HO - Accumulated Holiday<br>VA - Vacation<br>PD - Personal Business<br>OC - Accumulated Overtime<br>or Equivalent Earned Time<br>UP - Paid Union Business | ML - Military Time *<br>OA - Maternity/Paternity*<br>Organ Donation*<br>JU - Jury Duty*<br>UM - Upward Mobility*<br>SV - Sick Veteran*<br><br>* Requires additional approval and<br>documentation prior to utilizing | EA - Excused Absence<br>VESSA*<br>UB - Unpaid Union Business<br>LF - Excused Absence<br>FMLA*<br><br>*Requires additional approval and<br>documentation prior to utilizing |

Remarks (optional):

mother appointment

Employee Signature: **Employee 157**                     Date: 10-6-16

Supervisor Signature: Brandi Mulladif                     Date: 10-6-16

☑ Approved   ☐ Denied

Distribution:   Timekeeper
Supervisor
Employee

IL444-4140 (R-7-15) Staff Request for Time Off  Printed by Authority of the State of Illinois  -0- Copies          Page 1 of 1



State of Illinois
Department of Human Services

## Staff Request for Time Off

Employee Last Name: **Employee 157**

SSN (Last 4 Digits Only):

| Type of Time | Begin Date | | | End Date | | | Hours | | Total Days | Total | | Designate if FMLA or VESSA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mo. | Day | Year | Mo. | Day | Year | From | To | | Hours | Min. | |
| SF | 5 | 31 | 16 | 5 | 31 | 16 | 8³⁰ | 12³⁰ | | 4 | 00 | FMLA |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Types of Time (Paid) | | Types of Time (Unpaid) |
|---|---|---|
| SI - Sick Employee<br>SF - Sick Family<br>SA - Sick Appointment<br>HO - Accumulated Holiday<br>VA - Vacation<br>PD - Personal Business<br>OC - Accumulated Overtime<br>or Equivalent Earned Time<br>UP - Paid Union Business | ML - Military Time *<br>OA - Maternity/Paternity*<br>Organ Donation*<br>JU - Jury Duty*<br>UM - Upward Mobility*<br>SV - Sick Veteran*<br><br>* Requires additional approval and<br>documentation prior to utilizing | EA - Excused Absence<br>VESSA*<br>UB - Unpaid Union Business<br>LF - Excused Absence<br>FMLA*<br><br>*Requires additional approval and<br>documentation prior to utilizing |

Remarks (optional):

Employee Signature: **Employee 157**          Date: 5-31-16

Supervisor Signature: _(signature)_          Date: 5/31/10

☑ Approved   ☐ Denied

Distribution:   Timekeeper
Supervisor
Employee

Davis v. IDHS (18-2246) Document No.:     006801



State of Illinois
Department of Human Services
**Employee Time Correction Report**

| Timekeeping Group Number: _9707_ | Employee Name: **Employee 157** |

On _5-31-16_ an entry of _UA 8³⁰-12³⁰ pm_ was made on the "Daily Staff Attendance Report" for the

above employee.  the correct entry is _SF FMLA 8³⁰-12³⁰  Worked/13⁰⁰ - 1700 pm_

Employee Signature: **Employee 157**     Date _5-31-16_

Supervisor's Signature: _N. Williams_     Date _5/31/16_

Correction Entered on
Employee's Attendance Record: _____  Timekeeper's Initials: _____  Date _____

IL 444-4090 (R-10-12) Employee Time Correction Report  Printed by Authority of the State of Illinois     -0- Copies

---



State of Illinois
Department of Human Services
**Employee Time Correction Report**

| Timekeeping Group Number: _9707_ | Employee Name: **Employee 157** |

On _5-31-16_ an entry of _UA 8³⁰-12³⁰ pm_ was made on the "Daily Staff Attendance Report" for the

above employee.  the correct entry is _SF FMLA 8³⁰-12³⁰  Worked 1300-1700 pm_

Employee Signature: **Employee 157**     Date _5-31-16_

Supervisor's Signature: _____     Date _____

Correction Entered on
Employee's Attendance Record: _____  Timekeeper's Initials: _____  Date _____

IL 444-4090 (R-10-12) Employee Time Correction Report  Printed by Authority of the State of Illinois     -0- Copies

---



State of Illinois
Department of Human Services
**Employee Time Correction Report**

| Timekeeping Group Number: _9707_ | Employee Name: **Employee 157** |

On _5-31-16_ an entry of _UA 8³⁰-12³⁰ pm_ was made on the "Daily Staff Attendance Report" for the

above employee,  the correct entry is _SF FMLA UA 8³⁰-12³⁰  Worked 1300-1700 pm_
_Error FMLA_

Employee Signature: **Employee 157**     Date _5-31-16_

Supervisor's Signature: _____     Date _____

Correction Entered on
Employee's Attendance Record: _____  Timekeeper's Initials: _____  Date _____

IL 444-4090 (R-10-12) Employee Time Correction Report  Printed by Authority of the State of Illinois     -0- Copies



Department of Human Services

## Staff Request for Time Off

✓ NP

Employee Last Name: **Employee 157**

SSN (Last 4 Digits Only):

| Type of Time | Begin Date | | | End Date | | | Hours | | Total Days | Total | | Designate if FMLA or VESSA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mo. | Day | Year | Mo. | Day | Year | From | To | | Hours | Min. | |
| SF | 7 | 15 | 16 | 7 | 15 | 16 | 0830 | 1700 | 1 | 8 | 00 | FMLA |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Types of Time (Paid) | | | | Types of Time (Unpaid) | |
|---|---|---|---|---|---|
| SI | - Sick Employee | ML | - Military Time * | EA | - Excused Absence VESSA* |
| SF | - Sick Family | OA | - Maternity/Paternity* Organ Donation* | UB | - Unpaid Union Business |
| SA | - Sick Appointment | | | LF | - Excused Absence FMLA* |
| HO | - Accumulated Holiday | JU | - Jury Duty* | | |
| VA | - Vacation | UM | - Upward Mobility* | | |
| PD | - Personal Business | SV | - Sick Veteran* | | |
| OC | - Accumulated Overtime or Equivalent Earned Time | * Requires additional approval and documentation prior to utilizing | | *Requires additional approval and documentation prior to utilizing | |
| UP | - Paid Union Business | | | | |

Remarks (optional): Flare up

Employee Signature: **Employee 157**   Date: 7-15-16

Supervisor Signature: Brandi Mullady   Date: 7-18-16

☑ Approved   ☐ Denied

Distribution:   Timekeeper
Supervisor
Employee

IL444-4140 (R-7-15) Staff Request for Time Off  Printed by Authority of the State of Illinois -0- Copies

Page 1 of 1



State of Illinois
Department of Human Services
**Employee Time Correction Report**

Timekeeping Group Number: _9707_    Employee Name: Employee 157

On _7-15-16_ an entry of _U A_ _0830-1700_ was made on the "Daily Staff Attendance Report" for the

above employee. the correct entry is _SF (FMLA) 0830-1700_

Employee Signature: Employee 157    Date _7-15-16_

Supervisor's Signature: _Brandi Mullady_ _Tina Wallace_    Date _7-18-16_

Correction Entered on
Employee's Attendance Record: _____    Timekeeper's Initials: _____    Date _____

IL 444-4090 (R-10-12) Employee Time Correction Report  Printed by Authority of the State of Illinois    -0- Copies



State of Illinois
Department of Human Services
Employee Time Correction Report

Timekeeping Group Number: __9707__   Employee Name: __Employee 157__

On __6-14-16__ an entry of __4A0830-1700__ was made on the "Daily Staff Attendance Report" for the

above employee.   the correct entry is __S.F. (FMLA) 0830-1700__

Employee Signature: __Employee 157__   Date __6-15-16__

Supervisor's Signature: __Brandi Mullery Anisedallos__ Date __6-15-16__

Correction Entered on
Employee's Attendance Record: _____ Timekeeper's Initials: _____   Date _____

IL 444-4090 (R-10-12) Employee Time Correction Report  Printed by Authority of the State of Illinois      -0- Copies

Davis v. IDHS (18-2246) Document No.:     006805



State of Illinois
Department of Human Services

**Staff Request for Time Off**

Employee Last Name: **Employee 157**

SSN (Last 4 Digits Only):

| Type of Time | Begin Date | | | End Date | | | Hours | | Total Days | Total | | Designate if FMLA or VESSA |
| | Mo. | Day | Year | Mo. | Day | Year | From | To | | Hours | Min. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SF | 6 | 14 | 16 | 6 | 14 | 16 | 8³⁰ | 5⁰⁰ | 1 | 8 | 00 | FMLA |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Types of Time (Paid) | | Types of Time (Unpaid) |
|---|---|---|
| SI - Sick Employee<br>SF - Sick Family<br>SA - Sick Appointment<br>HO - Accumulated Holiday<br>VA - Vacation<br>PD - Personal Business<br>OC - Accumulated Overtime<br>or Equivalent Earned Time<br>UP - Paid Union Business | ML - Military Time *<br>OA - Maternity/Paternity*<br>Organ Donation*<br>JU - Jury Duty*<br>UM - Upward Mobility*<br>SV - Sick Veteran*<br><br>* Requires additional approval and<br>documentation prior to utilizing | EA - Excused Absence<br>VESSA*<br>UB - Unpaid Union Business<br>LF - Excused Absence<br>FMLA*<br><br>*Requires additional approval and<br>documentation prior to utilizing |

Remarks (optional): Flare up.

Employee Signature: **Employee 157**   Date: 6-15-16

Supervisor Signature: Brande Mullady   Date: 6-15-16

☑ Approved   ☐ Denied

Distribution: Timekeeper
Supervisor
Employee

IL444-4140 (R-7-15) Staff Request for Time Off  Printed by Authority of the State of Illinois  -0- Copies       Page 1 of 1



Davis v. IDHS (18-2246) Document No.:   006780



Davis v. IDHS (18-2246) Document No.: 006781



DATE: 2016-10-05  
WMF-18  PAYROLL SYSTEM  
EMPLOYEES ATTENDANCE RECORD FROM JULY THRU SEPTEMBER 2016  
NAME: Employee 157  SOC. SEC. NO: Employee 157  DATE OF BIRTH  
RPT-FAC: 10-079  TK GROUP NO.: 9707  
PAGE NO: 11777  REPORT NO: WQ160024  PROGRAM ID: ART40000

| OH | TY | HRS | CD | TY | HRS | CD | TY | HRS | CD | TEMP. POS. TITLE | TDY/LE |
|---|---|---|---|---|---|---|---|---|---|---|---|

JUL  
1  PC DS 08:00  
2  PC RO 08:00  
3  PC RO 08:00  
4  PC DS 08:00  
5  PC DS 08:00  
6  PC DS 08:00  
7  PC ES 08:00  
8  PC DS 08:00  
9  PC DS 08:00  
10 PC RO 08:00  
11 PC DS 08:00  
12 PC DS 08:00  
13 PC DS 08:00  
14 PC DS 08:00  
15 PC SF 08:00  

HOURS WORKED THIS MONTH FOR FMLA (HH:MM) = 92:00

AUG  
1  PC VA 08:00  
2  PC VA 08:00  
3  PC VA 08:00  
4  PC RO 08:00  
5  PC RO 08:00  
6  PC VA 08:00  
7  PC VA 08:00  
8  PC VA 08:00  
9  PC VA 08:00  
10 PC DS 08:00  
11 PC RO 08:00  
12 PC RO 08:00  
13 PC DS 08:00  

HOURS WORKED THIS MONTH FOR FMLA (HH:MM) = 128:00

SEP  
SA 04:00 B  
1  PC DS 08:00  
2  PC DS 08:00  
3  PC DS 08:00  
4  PC RO 08:00  
5  PC RO 08:00  
6  PC DS 08:00  
7  PC DS 08:00  
8  PC DS 08:00  
9  PC DS 08:00  
10 PC DS 08:00  
11 PC RO 08:00  
12 PC RO 08:00  
13 PC DS 08:00  
14 PC DS 08:00  
15 PC DS 08:00  

HOURS WORKED THIS MONTH FOR FMLA (HH:MM) = 152:00

| OH | TY | HRS | CD | TY | HRS | CD | TY | HRS | CD | TEMP. POS. TITLE | TDY/LE |
|---|---|---|---|---|---|---|---|---|---|---|---|

JUL  
16 PC RO 08:00  
17 PC VA 08:00  
18 PC VA 08:00  
19 PC VA 08:00  
20 PC VA 08:00  
21 PC RO 08:00  
22 PC RO 08:00  
23 PC VA 08:00  
24 PC VA 08:00  
25 PC VA 08:00  
26 PC VA 04:00  SA 04:00 B  
27 PC ES 04:00  
28 PC DS 08:00  
29 PC DS 08:00  
30 PC RO 08:00  
31 PC RO 08:00  

AUG  
16 PC DS 08:00  
17 PC ES 08:00  
18 PC DS 08:00  
19 PC RO 08:00  
20 PC RO 08:00  
21 PC DS 08:00  
22 PC DS 08:00  
23 PC DS 08:00  
24 PC DS 08:00  
25 PC RO 08:00  
26 PC RO 08:00  
27 PC DS 08:00  
28 PC DS 08:00  
29 PC DS 08:00  
30 PC RO 08:00  
31 PC ES 08:00  

SEP  
16 PC DS 08:00  
17 PC ES 08:00  
18 PC DS 08:00  
19 PC RO 08:00  
20 PC DS 08:00  
21 PC DS 08:00  
22 PC DS 08:00  
23 PC DS 08:00  
24 PC DS 08:00  
25 PC RO 08:00  
26 PC SF 08:00  SA 04:00 B  
27 PC ES 08:00  
28 PC DS 08:00  
29 PC RO 08:00  
30 PC ES 08:00  

Davis v. IDHS (18-2246) Document No.:   006779

10:55:38 Tuesday, December 27  2016

DEPT 10 FAC 079 TMKS 9707 NAME Employee 157

| NOV | TY | HRS | C D | TY | HRS | C D | TY | HRS | C D | TY | HRS | C D | TY | HRS | C D | O P | H P | TEMP | ASSGN | POS |
|-----|----|-----|-----|----|-----|-----|----|-----|-----|----|-----|-----|----|-----|-----|-----|-----|------|-------|-----|
| 23 | DS | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 24 | HO | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 25 | HO | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 26 | RO | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 27 | RO | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 28 | DS | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 29 | ES | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 30 | DS | 08:00 | | | | | | | | | | | | | | P | C | | | |
| DEC | | | | | | | | | | | | | | | | | | | | |
| 01 | PD | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 02 | DS | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 03 | RO | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 04 | RO | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 05 | PD | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 06 | ES | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 07 | DS | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 08 | DS | 08:00 | | | | | | | | | | | | | | P | C | | | |
| 09 | DS | 08:00 | | | | | | | | | | | | | | P | C | | | |

* ALL HOURS FIELDS ARE EXPRESSED AS HOURS AND MINUTES

```
P/+1              EMPLOYEE,S ATTENDANCE DATA FOR  10/01/16-12/27/16       PAGE 03
    DEPT 10 FAC 079 TMKS 9707 NAME Employee 157
              C           C           C           C           C O H
NOV TY  HRS   D TY  HRS   D TY  HRS   D TY  HRS   D TY  HRS   D P P   TEMP ASSGN POS
 05 RO 08:00                                                  P C
 06 RO 08:00                                                  P C
 07 VA 08:00                                                  P C
 08 HO 08:00                                                  P C
 09 DS 04:00    SA 04:00 B                                    P C
 10 DS 08:00                                                  P C
 11 DS 08:00                                                  P C
 12 RO 08:00                                                  P C
 13 RO 08:00                                                  P C
 14 DS 04:00    SA 04:00 E                                    P C
 15 ES 08:00                                                  P C
 16 DS 08:00                                                  P C
 17 DS 08:00                                                  P C
 18 DS 08:00                                                  P C
 19 DS 08:00                                                  P C
 20 RO 08:00                                                  P C
 21 RO 08:00                                                  P C
 22 ES 08:00                                                  P C
```

* ALL HOURS FIELDS ARE EXPRESSED AS HOURS AND MINUTES

10:55:33 Tuesday, December 27 2016

P/÷1                    EMPLOYEE,S ATTENDANCE DATA FOR  10/01/16-12/27/16         PAGE 02
DEPT 10 FAC 079 TMKS 9707 NAME Employee 157

|  |  |  | C |  |  | C |  |  | C |  |  | C |  |  | C | O | H |  |  |  |
|--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |--- |
| OCT | TY | HRS | D | TY | HRS | D | TY | HRS | D | TY | HRS | D | TY | HRS | D | P | P | TEMP | ASSGN | POS |
| 19 | DS | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 20 | DS | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 21 | DS | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 22 | RO | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 23 | RO | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 24 | DS | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 25 | ES | 04:00 |  | SA | 04:00 | E |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 26 | DS | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 27 | DS | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 28 | SA | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 29 | RO | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 30 | RO | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 31 | DS | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| NOV |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 01 | ES | 03:00 |  | VA | 05:00 | E |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 02 | DS | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 03 | DS | 08:00 |  |  |  |  |  |  |  |  |  |  |  |  |  | P | C |  |  |  |
| 04 | DS | 05:30 |  | SA | 02:30 | E |  |  |  |  |  |  |  |  |  | P | C |  |  |  |

* ALL HOURS FIELDS ARE EXPRESSED AS HOURS AND MINUTES

10:55:30 Tuesday, December 27, 2016

DEPT 10 FAC 079 TMKS 9707 NAME Employee 157

| | | | C | | | C | | | C | | | C | | C | O | H | | | |
|OCT|TY|HRS|D|TY|HRS|D|TY|HRS|D|TY|HRS|D|TY|HRS|D|P|P|TEMP|ASSGN|POS|
|01|RO|08:00| | | | | | | | | | | | | |P|C| | | |
|02|RO|08:00| | | | | | | | | | | | | |P|C| | | |
|03|DS|08:00| | | | | | | | | | | | | |P|C| | | |
|04|DS|08:00| | | | | | | | | | | | | |P|C| | | |
|05|ES|08:00| | | | | | | | | | | | | |P|C| | | |
|06|DS|08:00| | | | | | | | | | | | | |P|C| | | |
|07|DS|04:00| |SF|04:00|E| | | | | | | | |P|C| | | |
|08|RO|08:00| | | | | | | | | | | | | |P|C| | | |
|09|RO|08:00| | | | | | | | | | | | | |P|C| | | |
|10|HO|08:00| | | | | | | | | | | | | |P|C| | | |
|11|ES|02:00| |SA|04:00|B|VA|02:00|M| | | | |P|C| | | |
|12|DS|08:00| | | | | | | | | | | | | |P|C| | | |
|13|DS|08:00| | | | | | | | | | | | | |P|C| | | |
|14|DS|08:00| | | | | | | | | | | | | |P|C| | | |
|15|RO|08:00| | | | | | | | | | | | | |P|C| | | |
|16|RO|08:00| | | | | | | | | | | | | |P|C| | | |
|17|SA|08:00| | | | | | | | | | | | | |P|C| | | |
|18|ES|04:00| |SI|04:00|E| | | | | | | | |P|C| | | |

* ALL HOURS FIELDS ARE EXPRESSED AS HOURS AND MINUTES



Davis v. IDHS (18-2246) Document No.:   006788



DEPOSITION
EXHIBIT
#14
11-16-21

FILED DATE: 7/25/2018 3:42 PM  2018CH07730



STATE OF ILLINOIS
FAMILY AND MEDICAL LEAVE ACT OF 1993

### ELIGIBILITY NOTICE and RIGHTS & RESPONSIBILITIES
EMPLOYEE AND FAMILY MEMBER'S SERIOUS MEDICAL CONDITION

In general, to be eligible, an employee must have worked for the State for at least 12 months in the past seven years and have worked at 1,250 hours in the 12 months preceding the leave. This form provides employees with the information required by 29 CFR 825.300(b), which must be provided within five business days of the employee notifying the employer of the need for FMLA leave. The attachment provides employees with information regarding rights and responsibilities for taking FMLA leave, as required by 29 CFR 825.300 (b), (c).

TO: Dyamond Davis
19700 Heritage DR
Tinley Park, IL 60487

AGENCY: DHS
DATE: 5-5-17
FROM: Kimberly Parks

On 5-5-17, you informed us or we learned you were missing work or may need to miss work for one of the following reasons: Call offs 4/29 - 5/5

☒ Your own serious health condition;
☐ The birth of a child, or placement of a child with you for adoption or foster care;
☐ Because you are needed to care for your ☐ spouse, ☐ child, or ☐ parent due to his/her serious health condition.

This letter and its enclosures serve to notify you the time you are currently taking or have requested off work **may be protected** under the Family and Medical Leave Act (FMLA) of 1993, and it has been determined you are **eligible** for FMLA protection. However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the completed certification form. Enclosed are the certification form and an explanation of your rights and responsibilities under the FMLA. If you are seeking a disability leave, maternity/paternity leave, family responsibility leave (in some situations), or other state leave that qualifies under the FMLA, your time off from work will count against and run concurrently with your allotted 12-week protection under the FMLA. In addition, if you are taking time off or seeking other state benefits due to the birth of your child (whether you are the father or the mother), a serious health condition affecting you, or a serious health condition affecting your spouse, child, or parent, you must have the enclosed Medical Certification Form completed by the responsible health care provider.

### NOTICE OF RIGHTS AND RESPONSIBILITIES
In order to determine whether your requested absence qualifies under FMLA, you must complete and return the certification form within 15 *calendar days of your receipt of the form* (or by the date specified by the employer if more than 15 calendar days). Please have your health care provider complete the Medical Certification Form. All relevant questions must be answered or the form will be returned for completion by the health care provider. If it is not practicable under particular circumstances to return the form by the deadline date mentioned below, despite your diligent, good faith efforts, you are expected to contact the FMLA Coordinator listed below on or before the deadline date and provide written documentation from your health care provider regarding the extenuating circumstances. Failure to return the completed Medical Certification Form in a timely manner may affect the rights afforded to you through the FMLA. Following is an explanation of your rights and obligations under the FMLA.

*Your failure to return the completed* certification form by 5-20-17*, may result in the denial of your FMLA protection or delay the start of your entitlements. Your time off during this period may be considered unexcused absences that may result in disciplinary action, up to and including discharge.*

Please return as applicable:
1. ☒ Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request ☒ is enclosed / ☐ has been previously given to you / or ☐ has been received in our office.
2. ☐ Sufficient documentation to establish the required relationship between you and your family member.
3. ☐ Other information needed: . .

CMS-1021-NE

February 2010

DDavis_000206