IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DYAMOND DAVIS on behalf of herself and and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Case No. 18-cv-2246 ) |
| v. | ) ) |
| ILLINOIS DEPARTMENT OF HUMAN SERVICES, | ) ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR BRIEFING SCHEDULE

Plaintiff Davis files this motion for a briefing schedule. Defendant has filed a Motion for Summary Judgment regarding her individual claim. In support thereof, Plaintiff Davis states as follows:

1. Defendant filed a Motion for Summary Judgment regarding Plaintiff Davis' individual claims on December 20, 2021.

2. Counsel Lenzy will be out of town from December 21, 2021 through January 7, 2022.

3. Attorney Windham only filed his appearance in November 2021 and is not as familiar with the case as Attorney Lenzy who filed the original complaint. Moreover, Attorney Windham has several pending matters due as well as a contested proceeding in state court upcoming.

4. Plaintiff Davis requests that this Honorable Court set February 4, 2022 as the due date for Plaintiff's response and Defendant to have until February 25, 2022 to file its reply.

5. The proposed briefing schedule is not made for delay and will not prejudice either party.

6. Defendant does not object to this motion.

Wherefore, Plaintiff Davis requests this Court order the following briefing schedule: Plaintiff will have until February 4, 2022 to file her response to Defendant's motion for summary judgment and Defendant will have until February 25, 2022 to file its reply.

| | |
|---|---|
| **Dated: December 21, 2021** | Respectfully Submitted,<br>ATTORNEY FOR PLAINTIFFS |
| | s/Tammy J. Lenzy<br>One of Plaintiffs' Attorneys |
| | Tammy J. Lenzy<br>Legal Counsel PC<br>936 W. Madison, #3C<br>Chicago, IL 60607<br>(312) 624-9973<br>tjlenzy@legalcounselpc.net |
| | s/Danny Windham<br>One of Plaintiffs' Attorneys<br>Danny Windham<br>53 W. Jackson Blvd., Suite 309<br>Chicago, IL 60604<br>(312)641-1900<br>dwindham@childerslaw.org |

## CERTIFICATE OF SERVICE

I, the undersign, certify that on December 21, 2021, I served Plaintiff's Motion for Briefing Schedule by the court's electronic case filing system which sent notice to defendant's counsels, Lisa Cook, Assistant Attorney General at lisa.cook@ilag.gov and Thomas R. Ewick, Assistant Attorney General at Thomas.Ewick@ilag.gov.

/s Danny Windham