Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Dyamond Davis,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 18-2246 |
| | ) |
| **Illinois Department of Human Services,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Antionette Burns' claim in the Fourth Amended Complaint is dismissed for lack of standing.   Defendant's Motion for Summary Judgment is granted with respect to the claim raised by Plaintiff Dyamond Davis in the Fourth Amended Complaint.

**Dated: May 31, 2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court