IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DYAMOND DAVIS on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 18-cv-2246 ) |
| v. | ) ) |
| ILLINOIS DEPARTMENT OF HUMAN SERVICES, | ) ) ) |
| Defendants. | ) |

**PLAINTIFFS-APPELLANTS MOTION TO FILE**
**TRANSCRIPT OF ADMINISTRATIVE PROCEEDINGS**

Plaintiffs-Appellants, Dyamond Davis and Antionette Burns, by and through their attorneys and pursuant to Rule 10(e) Fed. R. App. P and Circuit Rule 10 request the District Court for an Order to file the transcript of the administrative proceedings. In support of this motion, Plaintiffs-Appellants state:

1. Plaintiffs-Appellants, Dyamond Davis and Antionette Burns, appealed this Court's summary judgment decision.

2. A transcript of the Civil Service Commission proceedings was not a part of the record forwarded to the Seventh Circuit Court of Appeals.

3. A copy of the transcript of the administrative proceedings was served on Plaintiffs-Appellants through Defendant-Appellee's 26(a)(1) disclosures; therefore, it was not a part of the district court record. (Exhibit A - Transcript of the Administrative Proceedings)

4. Plaintiffs-Appellant intends to urge on appeal that a finding or conclusion is unsupported by the evidence or is contrary to the evidence. Specifically, Plaintiffs-Appellants intend to assert one or all the following:

    a. Assuming *arguendo* Plaintiff-Appellant Davis can show she was entitled to FMLA leave on May 12, the record supports a finding that Plaintiff-Appellant Davis complied with Defendant-Appellee's notice and procedural requirements for requesting FMLA leave for the May 12, 2017 absence.

    b. The Commission's finding that Davis was given FMLA for her June 13, 2017 absence is unsupported by the evidence.

    c. The evidence does not support the findings or conclusions that where an employee takes a FMLA-related absence and has paid leave time available, that the employee is actually given FMLA leave in addition to the paid leave.

5. In order for the Seventh Circuit of Appeals to have a complete record of the proceedings, a transcript of the administrative proceedings is necessary.

6. Defendant-Appellee's Counsel opposes this motion and requests an opportunity to respond.

Wherefore, Plaintiffs-Appellants pray that their motion is granted.

**Dated: August 5, 2022**             Respectfully Submitted,

                                                   /s Tammy J. Lenzy  
                                                   One of Plaintiffs-Appellants Attorneys  
                                                   Legal Counsel PC  
                                                   936 W. Madison, #3C  
                                                   Chicago, IL 60607  
                                                   (312) 624-9973  
                                                   tjlenzy@legalcounselpc.net

                                                   /s Danny Windham  
                                                   One of Plaintiffs-Appellants Attorneys  
                                                   53 W. Jackson Blvd., Suite 801  
                                                   Chicago, IL 60604  
                                                   (312)641-1900  
                                                   dwindham@childerslaw.org

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on August 5, 2022, I served Plaintiffs-Appellants' Motion To File Transcript of Administrative Proceedings by the court's electronic case filing system which sent notice to Defendant-Appellee's counsel, Caleb Rush, Assistant Attorney General at Caleb.Rush@ilag.gov.

Respectfully submitted,

s/ Danny Windham